## WILCHER v. THE STATE.

SIMMONS, C. J.   1. It is not necessary that an indictment based upon the Penal Code, § 219, par. 3, should allege that the act of trespass therein mentioned was " wilfully " committed.

2. The evidence introduced on the trial of the present case fully warranted the finding of the jury that the accused was guilty of the offense with which he stood charged ; and, in view of the showing made by the State in resistance to his effort to secure a new trial on the ground of newly discovered evidence, his conviction should be allowed to stand.

*Judgment affirmed.   By five Justices.*

. Argued April 28, — Decided June 3, 1903.

Indictment for trespass.   Before Judge Holden.   Glascock superior court.   February 28, 1903.

*B. F. Walker,* for plaintiff in error.

*David W. Meadow, solicitor-general,* and *E. L. Stephens,* contra.